# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 3, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

161581(18)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

OCTAVIANO E. MOLINA JR.,
      Defendant-Appellant.

_____/

SC: 161581
COA: 353317
Genesee CC: 1998-003320-FC

On order of the Chief Justice, the second motion of plaintiff-appellee to extend the time for filing its answer to the application for leave to appeal is GRANTED. The answer submitted on September 1, 2021, is accepted as timely filed.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 3, 2021



Clerk